**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

```
--------------------------------------------------------x
In re:                                    :
                                          :          Chapter 13
                                          :
         CALVIN D HARRIS,                  :
                                          :
                                          :          Case No. 25-13630 (AMC)
                          Debtor.          :
--------------------------------------------------------x
```

**THE CITY OF PHILADELPHIA'S
OBJECTION TO THE PROPOSED CHAPTER 13 PLAN**

TO THE HONORABLE ASHELY M. CHAN:

AND NOW, comes the City of Philadelphia, (the "City"), a creditor in the above-captioned case, by and through its Counsel, Megan N. Harper, Divisional Deputy City Solicitor, pursuant to Bankruptcy Code §§ 1308(a), 1322(a)(2), and L.B.R. 3015-4, to object to the proposed Chapter 13 Plan (the "Plan"), of the above-captioned debtor, (the "Debtor"). The City avers the following in support thereof:

1. On September 10, 2025, the Debtor filed a voluntary petition (the "Petition") for Chapter 13 bankruptcy with this Court.

2. On March 6, 2026, the City filed a claim that included unliquidated, non-filed business tax returns for Business Income and Receipts Tax and Net Profit Tax for which the Debtor was obligated to file returns but has failed to do so (the "Claim"). A true and correct copy of the claim is attached hereto as "**Exhibit A**."

3. A portion of the unliquidated claim would be a priority claim pursuant to Section 507(a)(8) of the Bankruptcy Code.

4. As neither the Debtor nor another party in interest has objected to the Claim, it is deemed allowed. See 11 U.S.C. § 502(a).

5.      As of April 27, 2026, the Debtor failed to file the following required tax returns with the City of Philadelphia:

> **Business Income and Receipts Tax** return for the periods:  12/31/2018, 12/31/2019, 12/31/2020, 12/31/2021, 12/31/2022, 12/31/2023 & 12/31/2024

> **Net Profits Tax** return for the periods: 12/31/2017, 12/31/2018, 12/31/2019, 12/31/2020, 12/31/2021, 12/31/2022, 12/31/2023 & 12/31/2024

6.      The Plan should not be confirmed as the Debtor has failed to file all tax returns for all taxable periods during the four (4) year period ending on the date the petition was filed. See 11 U.S.C. § 1308(a).

7.      A proposed plan must "provide for the full payment . . . of all claims entitled to priority" unless the claim holder agrees otherwise. See 11 U.S.C. § 1322(a)(2).

8.      The Plan should not be confirmed until all returns are filed and all the taxes that constitute priority tax claims under 11 U.S.C. § 507 are provided for in the plan. See 11 U.S.C. § 1322(a)(2).

WHEREFORE, the City respectfully requests that this Court DENY confirmation of the Plan.

Respectfully submitted,

THE CITY OF PHILADELPHIA

Dated: April 28, 2026          By:     _/s/ Megan N. Harper_
                                        MEGAN N. HARPER
                                        Divisional Deputy City Solicitor
                                        PA Attorney I.D. 81669
                                        Attorney for the City of Philadelphia
                                        City of Philadelphia Law Department
                                        Municipal Services Building
                                        1401 JFK Boulevard, 5th Floor
                                        Philadelphia, PA  19102-1595
                                        215-686-0503 (phone)
                                        Email: Megan.Harper@phila.gov

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

-------------------------------------------------------x
In re:                                              :
                                                    :           Chapter 13
                                                    :
    CALVIN D HARRIS,                                :
                                                    :
                                                    :           Case No. 25-13630 (AMC)
                                    Debtor.         :
-------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, Megan N. Harper, Divisional Deputy City Solicitor, hereby certify that on April 28, 2026, a copy of the Objection to the Purposed Amended Chapter 13 Plan was served on the following parties by Court-generated ECF notice, and/or first-class mail, postage prepaid, as indicated below:

Via ECF Filing Notice:
Chapter 13 Trustee                                  United States Trustee
Office of the Chapter 13 Standing Trustee           Office of United States Trustee
KENNETH E. WEST                                     Robert N.C. Nix Federal Building
190 N. Independence Mall West –Suite 701            900 Market Street – Suite 320
Philadelphia, PA 19106                              Philadelphia, PA 19107

Debtor's Counsel of Record:
BRAD J. SADEK
Sadek Law Offices, LLC
1500 JFK Boulevard, Suite 220
Philadelphia, PA 19102

Via USPS Mail Delivery:
Calvin D Harris
10 W. Chelten Avenue
Philadelphia, PA 19144

                                        THE CITY OF PHILADELPHIA

Dated: April 28, 2026            By:    */s/ Megan N. Harper*
                                        MEGAN N. HARPER
                                        Divisional Deputy City Solicitor
                                        PA Attorney I.D. 81669