UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:

    CALVIN D HARRIS

            Debtor

Chapter 13

Bankruptcy No. 25-13630-AMC

TRUSTEE'S MOTION TO DISMISS PURSUANT TO 11 U.S.C. SECTION 1307

To the Honorable Judges of the United States Bankruptcy Court for the Eastern District of Pennsylvania:

1.      Your Movant is Kenneth E. West, Esq. the duly qualified and acting Chapter 13 Trustee in the above-captioned case.

2.      The within case was commenced by the filing of a Chapter 13 petition on 09/10/2025.

3.      This Motion to Dismiss has been filed for the following reason(s):

- There has been unreasonable delay by debtor(s) that is prejudicial to creditors pursuant to 11 U.S.C. Section 1307(c)(1) by failing to propose an adequately funded plan, in that the total filed proofs of claim which are to be paid through the plan exceed the value of the proposed plan.

- There has been unreasonable delay by debtor(s) that is prejudicial to creditors pursuant to 11 U.S.C. Section 1307(c)(1), by the failure of debtor(s) to provide business information sufficient for the trustee to evaluate the financial condition of debtor(s) and/or the plan.

      WHEREFORE, Kenneth E. West, Esq., Standing Chapter 13 Trustee,  requests that the Court, after a hearing, enter an Order dismissing this case.

Date: 05/05/2026

      Respectfully submitted,

      */s/ Kenneth E. West, Esq.*
      Kenneth E. West, Esq.
      Standing Chapter 13 Trusteee
      190 N. Independence Mall West
      Suite 701
      Philadelphia, PA  19106
      Telephone: (215) 627-1377